**No. 26-5367**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

LOS ANGELES HOMELESS SERVICES AUTHORITY,
a joint powers authority,

Plaintiff-Appellee,

and

LOS ANGELES CONTINUUM OF CARE,

Plaintiff-Appellee-Intervenor,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States of America, et al.,

Defendants-Appellants.

---

On Appeal from the United States District Court
for the Central District of California
No. 2:26-cv-07056-DOC-AJR

---

**UNOPPOSED JOINT MOTION OF APPELLEES LOS ANGELES HOMELESS SERVICES AUTHORITY AND LOS ANGELES CONTINUUM OF CARE TO VACATE THE BRIEFING SCHEDULE PENDING SETTLEMENT DISCUSSIONS**

---

**LEGAL AID FOUNDATION OF LOS ANGELES**
Shayla R. Myers
smyers@lafla.org
Ana Zuniga
azuniga@lafla.org
Stephanie Horwitz
shorwitz@lafla.org
1550 W. Eighth Street
Los Angeles, CA 90017
(213) 640-3983

**PUBLIC COUNSEL**
Mark Rosenbaum
mrosenbaum@publiccounsel.org
Faizah Malik
fmalik@publiccounsel.org
Amanda Mangaser Savage
asavage@publiccounsel.org
Jonathan Jager
jjager@publiccounsel.org
Cassidy Bennett
cbennett@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
(213) 385-2977

**STEPTOE LLP**
Robyn C. Crowther
rcrowther@steptoe.com
Abigail Falk Orozco
aorozco@steptoe.com
633 W. Fifth Street, Suite 1900
Los Angeles, CA 90017
(213) 349-9400

*Attorneys for Plaintiff-Appellee- Intervenor Los Angeles Continuum of Care*

**WAYMAKER LLP**
Keri Curtis Axel
kaxel@waymakerlaw.com
Scott M. Malzahn
smalzahn@waymakerlaw.com
Sam S. Meehan
smeehan@waymakerlaw.com
Emily R. Stierwalt
estierwalt@waymakerlaw.com
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
(424) 652-7800

**NORTON ROSE FULBRIGHT US LLP**
Christopher Pelham
christopher.pelham@nortonrosefulbright.com
Abigail G. Urquhart
abigail.urquhart@nortonrosefulbright.com
Alex Scandroli
alex.scandroli@nortonrosefulbright.com
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
(213) 892-9200

*Attorneys for Plaintiff-Appellee Los Angeles Homeless Services*

# JOINT MOTION TO VACATE BRIEFING SCHEDULE

Pursuant to Federal Rule of Appellate Procedure 26(b), Federal Rule of Appellate Procedure 27, Ninth Circuit Rules 31-2.2 and 34-2, Plaintiff-Appellee Los Angeles Homeless Services Authority ("LAHSA") and Intervenor-Plaintiff-Appellee Los Angeles Continuum of Care ("LA CoC") (together, "Appellees") respectfully move the Court to vacate the current briefing schedule for this appeal, which is currently in abeyance pending settlement negotiations between the parties. Defendants-Appellants Donald J. Trump, the U.S. Department of Housing and Urban Development, and Scott Turner (collectively, the "Government") have authorized Appellees to state that the Government stipulates and consents to this motion. This motion is therefore unopposed.

## BACKGROUND

This is an interlocutory appeal from the district court's order granting a preliminary injunction in favor of LAHSA and LA CoC. The Government filed its notice of appeal on August 19, 2026, and moved for a stay pending appeal. This Court granted an administrative stay on September 10, 2026.

The Government filed its opening brief on the merits on September 17, 2026. The Court held oral argument on the Governments' emergency stay motion on September 22, 2026. The Court issued an order denying the Government's motion for a stay as to all provisions of the preliminary injunction save one and lifted the

administrative stay. The Court ordered an expedited schedule for the appeal and set oral argument on the merits of the appeal for Monday, October 19, 2026, at 1:00 p.m., in Pasadena, California, four days after Appellees' answering briefs are due.

On September 30, 2026, the District Court held a status conference, and the parties began engaging in discussions to reach a global resolution of the litigation. On October 7, 2026, Appellees filed an unopposed joint motion to extend the briefing schedule and to continue oral argument pending settlement discussions. The Court granted this motion on October 8, 2026, extending Appellees' answering brief deadline to November 5, 2026, vacating oral argument scheduled for October 19, 2026, and holding this appeal in abeyance pending ongoing settlement discussions. Parties were ordered to file a status report by December 7, 2026.

Since then, the parties have continued to engage in significant settlement negotiations and have made considerable progress towards reaching a resolution of the case. In addition, as the case has proceeded, Appellee LA CoC has carried out the application process ordered by the District Court to select a new collaborative applicant and lead administrators of the Homeless Management Information System, the Coordinated Entry System, and the Point in Time Count. The LA CoC selected a new collaborative applicant on October 13, 2026 and will likely finalize the selection of HMIS and CES leads by October 27th, 2026. The completion of this process will likely moot numerous issues. LAHSA also prepared and filed the consolidated

application on behalf of LA CoC in response to the NOFO on October 14, 2026, which should also moot a number of other issues on appeal.

Since this Court granted the first extension of the deadline to file an answering brief, the parties have exchanged settlement term sheets and have continued to make significant progress toward reaching a global resolution of the litigation that will moot some or all of the issues on appeal. Given this progress, and in order to permit the parties to pursue a potential resolution without consideration of the current briefing and argument schedule, counsel for the Government has confirmed that the Government will stipulate and consent to vacating the briefing schedule.

The Government has advised that any settlement of this matter, including a final resolution of this appeal, must be authorized by appropriate officials of the Department of Justice under 28 C.F.R. Part 0, Subpart Y, and the Appendix thereto, and that such authorization has not yet been obtained. Accordingly, while the parties are optimistic that a negotiated resolution is achievable, the timing of any final settlement cannot presently be predicted with certainty.

This is the second request by Appellees to adjust the briefing schedule in this appeal and the first request to vacate the briefing schedule.

## ARGUMENT

Good cause supports vacating the briefing schedule of this appeal.

Vacating the briefing schedule will allow the parties to continue their settlement discussions without the expense and burden of simultaneously preparing merits briefing that may become unnecessary. While the appeal is held in abeyance pending settlement discussions or another resolution of the appeal, the parties will continue to follow the Court's October 8, 2026 order, which includes filing joint status reports every sixty (60) days as applicable.

This request is unopposed.

Counsel for the Government has authorized Appellees to represent that the Government stipulates and consents to the relief requested in this motion.

## CONCLUSION

For the foregoing reasons, Appellees respectfully request that the Court vacate the briefing schedule associated with this appeal and reset it upon request of either party.

Dated: October 26, 2026

Respectfully submitted,

**LEGAL AID FOUNDATION OF LOS ANGELES**

*/s/ Shayla R. Myers*
Shayla R. Myers

**PUBLIC COUNSEL**

*/s/ Mark Rosenbaum*
Mark Rosenbaum

**STEPTOE LLP**

*/s/ Robyn C. Crowther*
Robyn C. Crowther

*Attorneys for Plaintiff-Appellee-Intervenor Los Angeles Continuum of Care*

Dated: October 26, 2026

Respectfully submitted,

**WAYMAKER LLP**

*/s/ Keri Curtis Axel*

Keri Curtis Axel
*Attorneys for Plaintiff-Appellee Los Angeles Homelessness Services Authority*

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Chris Pelham*

Chris Pelham
*Attorneys for Plaintiff-Appellee Los Angeles Homelessness Services Authority*

# DECLARATION OF SHAYLA R. MEYRS IN SUPPORT OF UNOPPOSED MOTION OF APPELLEES LOS ANGELES CONTINUUM OF CARE AND LOS ANGELES HOMELESS SERVICES AUTHORITY TO VACATE THE BRIEFING SCHEDULE PENDING SETTLEMENT DISCUSSIONS

I, Shayla R. Myers, declare and state as follows:

1. I am an attorney at law admitted to practice before this Court. I am lead counsel for Plaintiff-Appellee-Intervenor Los Angeles Continuum of Care in this matter. This declaration is submitted in support of the Joint Motion to Vacate the Briefing Schedule Pending Settlement Discussions. I have personal knowledge of the matters set forth below and if called upon, could and would testify competently thereto.

2. The Government filed its notice of appeal in this matter on August 19, 2026, and this Court granted in part and denied in part the Government's motion for a stay pending appeal by amended order entered September 30, 2026, after first granting a temporary administrative stay on September 10, 2026.

3. The Government filed its opening brief on the merits on September 17, 2026.

4. On September 30, 2026, the District Court held a status conference, and the parties began engaging in discussions to reach a global resolution of the litigation.

5. Appellees applied for an extension of the Answering Brief deadline on October 7, 2026, which was granted on October 8, 2026.

6. Appellee LA CoC has proceeded with the application process ordered by the District Court to select a new collaborative applicant and administrative leads for HMIS, CES, and the Point in Time Count. The LA CoC selected a new collaborative applicant on October 13, 2026 and will likely finalize the selection of HMIS and CES leads by October 27th, 2026. The completion of this process will likely moot numerous issue on appeal.

7. The Los Angeles Homeless Services Authority also prepared and filed the consolidated application on behalf of LA CoC in response to the NOFO on October 14, 2026, which should also moot a number of other issues on appeal.

8. Since this Court granted the first extension of the deadline to file an answering brief, the parties have exchanged settlement term sheets and have continued to make considerable progress toward reaching a global resolution of the case.

9. Counsel for the Government, Alexander Farrell, has advised that any settlement of this matter, including a final resolution of this appeal, must be authorized by appropriate officials of the Department of Justice under 28 C.F.R. Part 0, Subpart Y, and the Appendix thereto, and that such authorization has not yet been obtained.

10. Counsel for the Government has authorized Appellees to represent that the Government stipulates and consents to the relief requested in the accompanying motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

DATED: October 26, 2026 Respectfully submitted,

*/s/ Shayla R. Myers*
Shayla R. Myers

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that this opposition complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and that it complies with the type-volume limitation of Ninth Circuit Rules 27-1(d) and 32-3(2) because it contains 802 words, according to Microsoft Word.

*/s/ Shayla R. Myers*
Shayla R. Myers

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Shayla R. Myers*
Shayla R. Myers