IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

LOS ANGELES HOMELESS SERVICES AUTHORITY, a joint powers authority,

Plaintiff-Appellee,

LOS ANGELES CONTINUUM OF CARE,

Intervenor-Plaintiff-Appellee,

v.

DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,

Defendants-Appellants.

No. 26-5367

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), the parties jointly stipulate to the dismissal of the above-captioned appeal. The parties will bear their own costs and fees.

Respectfully submitted,

s/ Keri Curtis Axel
KERI CURTIS AXEL
SCOTT M. MALZAHN
*Waymaker LLP*
*515 S. Flower Street, Suite 3500*
*Los Angeles, California 90071*
*(424) 652-7800*

*Counsel for Plaintiff-Appellee Los Angeles Homeless Services Authority*

s/ Shayla R. Myers
SHAYLA R. MYERS
ANA ZUNIGA
*Legal Aid Foundation of Los Angeles*
*1550 W. Eighth Street*
*Los Angeles, CA 90017*
*(213) 640-3983*

MARK ROSENBAUM
FAIZAH MALIK
AMANDA MANGASER SAVAGE
JONATHAN JAGER
CASSIDY BENNETT
*Public Counsel*
*610 South Ardmore Avenue*
*Los Angeles, CA 90005*
*(213) 385-2977*

ROBYN C. CROWTHER
ABIGAIL FALK OROZCO
*Steptoe LLP*
*633 W. Fifth Street, Suite 1900*
*Los Angeles, CA 90017*
*(213) 349-9400*

*Counsel for Intervenor-Plaintiff-Appellee Los Angeles Continuum of Care*

JONATHAN D. GUYNN
*Acting Assistant Attorney General*

CHARLES W. SCARBOROUGH

s/ Weili J. Shaw
WEILI J. SHAW
*(202) 514-1371*
*Attorneys, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W.*
*Washington, D.C. 20530*

*Counsel for Defendants-Appellants*

NOVEMBER 2026